G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 001394
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
gma@albrightstoddard.com
*Attorneys for Defendant Talk Fusion, Inc.
And Robert Reina*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIE CAMPAGANA, an individual; MINH HO, an individual; and MJ RICH MEDIA, CORP., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TALK FUSION, INC., a Florida corporation; ROBERT REINA, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.   2:15-cv-00090-RFB-CWH<br>DEPT NO.<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT**<br><br>**(First Request)** |

Plaintiffs, Julie Campagna, an individual; Minh Ho, an individual; and MJ Rich Media Corp., a Nevada corporation (hereinafter "Plaintiffs"), by and through their undersigned counsel Michael D Rawlins, Esq. and Bradley S. Slighting Esq. of Durham Jones & Pinegar; and Talk Fusion, Inc., a Florida corporation; and Robert Reina, an individual (hereinafter "Defendants"), by and through their undersigned counsel G. Mark Albright, Esq. of Albright, Stoddard, Warnick & Albright, hereby stipulate and consent to an Order of this Court consistent with the following:

1.   On or about January 16, 2015, Defendant Talk Fusion, Inc. filed a Notice of Removal in the above entitled action based on diversity.

2.   On January 16, 2015, the Court ordered that counsel file a Joint Status Report by February 18, 2015.

3. Plaintiffs and Defendants hereby stipulate and seek Court confirmation by Order, pursuant to LR 7-1, for an extension of time through and including February 25, 2015 for filing of the Joint Status Report in this case.

4. Nothing herein shall be construed as a waiver of the Defendants' rights to contest jurisdiction and venue, and to compel arbitration.

5. The parties further stipulate that this request for extension is made in good faith, for good cause and not merely for the purpose of delay.

**STIPULATED AND AGREED**

| DATED this 17th day of February, 2015 | DATED this 18th day of February, 2015 |
|---|---|
| ALBRIGHT, STODDARD, WARNICK & ALBRIGHT | DURHAM JONES & PINEGAR |
| By /s/ G. Mark Albright | By /s/ Bradley S. Slighting |
| G. Mark Albright, Esq.<br>Nevada Bar No. 001394<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, NV 89106<br>Attorneys for Defendants | Michael D. Rawlins, Esq.<br>Nevada Bar No. 5467<br>Bradley S. Slighting, Esq.<br>Nevada Bar No. 10225<br>10785 West Twain Avenue, Suite 200<br>Las Vegas, Nevada 89135<br>Attorneys for Plaintiffs |

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 23rd day of February, 2015.